# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

154243

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HOWARD ANTHONY MONIZ,
        Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 154243
COA: 331418
Monroe CC: 00-030408-FH
                 00-030410-FC

On order of the Court, the application for leave to appeal the June 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



t0906

Clerk